JOHNSON v. MAYO YARNS, INC.

No. 290P97

Case below: 126 N.C.App. 292

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

JOHNSON v. SOUTHERN INDUSTRIAL CONSTRUCTORS, INC.

No. 282PA97

Case below: 126 N.C.App. 103

Petition by Seimans Energy & Automation, Inc. and Zurich-American Insurance Co. for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997.

JOYNER v. STAR DELIVERY & TRANSFER

No. 200P97

Case below: 125 N.C.App. 743

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

KLUTTZ v. NORFOLK SOUTHERN RAILWAY CO.

No. 279P97

Case below: 126 N.C.App. 224

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

LAXTON v. BETLER

No. 272P97

Case below: 126 N.C.App. 224

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.